UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          CASE NO. 11-CR-20325

    Plaintiff,          HONORABLE GEORGE CARAM STEEH

v.

GERALD DUGGAN,

    Defendant.
_____/

ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY

On April 29, 2015, the court denied defendant's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Under Fed. R. App. P. 22, an appeal may not proceed absent a certificate of appealability (COA) issued under 28 U.S.C. § 2253. A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds no substantial showing of the denial of a constitutional right was made by defendant, and accordingly DENIES the issuance of a certificate of appealability.

IT IS SO ORDERED.

Dated: May 27, 2015

                        S/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on

GERALD JOSEPH DUGGAN

45491-039
BEAUMONT LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 26020
BEAUMONT, TX 77720  on
May 27, 2015, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk